1  CHET A. KRONENBERG (State Bar No. 222335)
   ckronenberg@stblaw.com
2  SIMPSON THACHER & BARTLETT LLP
   1999 Avenue of the Stars, 29th Floor
3  Los Angeles, California 90067
   Telephone:   (310) 407-7500
4  Facsimile:   (310) 407-7502

5  *Attorneys for Defendants Berkshire
   Hathaway Guard Insurance Companies
6  and AmGUARD Insurance Company*

7
                    **UNITED STATES DISTRICT COURT**
8
               **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
9

10

| | |
|---|---|
| WEST COAST HOTEL MANAGEMENT, LLC dba UNIVERSITY SQUARE HOTEL OF FRESNO; and WEST COAST ORANGE GROUP, LLC dba THE HOTEL FRESNO,<br><br>　　　　　　Plaintiffs,<br><br>　　　v.<br><br>BERKSHIRE HATHAWAY GUARD INSURANCE COMPANIES, a Pennsylvania Company; AMGUARD INSURANCE COMPANY, a Pennsylvania Corporation; and DOES 1-50, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:20-cv-05663<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served: July 14, 2020<br>Current response date: August 5, 2020<br>New response date: September 4, 2020<br><br>Hon. Virginia A. Phillips |

Agreed Stipulation Extending Time to Answer or Otherwise Respond to Complaint

WHEREAS, Plaintiffs West Coast Hotel Management, LLC and West Coast Orange Group, LLC (collectively, "Plaintiffs") filed a complaint in this Court against Defendants Berkshire Hathaway Guard Insurance Companies and AmGUARD Insurance Company (collectively, "Defendants") on June 2, 2020;

WHEREAS, Defendants' counsel agreed to accept service of the Summons and Complaint by email on July 8, 2020;

WHEREAS, Plaintiffs' counsel served the Summons and Complaint upon Defendants' counsel by email on July 14, 2020;

WHEREAS, Plaintiffs agreed that Defendants could have up to an additional 30 days after service to answer or otherwise respond to the Complaint;

WHEREAS, Plaintiffs and Defendants agree that all claims and defenses are preserved, including Defendants' argument that Defendant Berkshire Hathaway Guard Insurance Companies is an improperly named defendant over which the Court lacks jurisdiction.

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiffs and Defendants, that the time within which Defendants shall answer or otherwise respond to the complaint filed by Plaintiffs in this action shall be extended to and including September 4, 2020.

| | | |
|---|---|---|
| 1 | Dated: July 15, 2020 | SIMPSON THACHER & BARTLETT LLP |
| 2 | | |
| 3 | | By /s/ *Chet A. Kronenberg* <br>     Chet A. Kronenberg |
| 4 | | CHET A. KRONENBERG (SBN: 222335) <br> ckronenberg@stblaw.com <br> 1999 Avenue of the Stars, 29th Floor <br> Los Angeles, California 90067 <br> Telephone: (310) 407-7500 <br> Facsimile: (310) 407-7502 |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | *Attorneys for Defendants Berkshire Hathaway Guard Insurance Companies and AmGUARD Insurance Company* |
| 9 | | |
| 10 | Dated: July 15, 2020 | RICHIE LITIGATION, P.C. |
| 11 | | |
| 12 | | By /s/ *Steve Jang* <br>     Steve Jang |
| 13 | | STEVE JANG (SBN: 330228) <br> steve@richielitigation.com <br> 206 W. 4th St., Suite 330 <br> Santa Ana, California 92701 <br> Telephone: (213) 265-7888 <br> Facsimile: (844) 314-1380 |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | *Attorneys for Plaintiffs West Coast Hotel Management, LLC and West Coast Orange Group, LLC* |
| 18 | | |

- 2 -
Agreed Stipulation Extending Time to Answer or Otherwise Respond to Complaint