1

2

3

4

5

Chet A. Kronenberg (State Bar No. 222335)
ckronenberg@stblaw.com
SIMPSON THACHER & BARTLETT LLP
1999 Avenue of the Stars, 29th Floor
Los Angeles, California  90067
Telephone:   (310) 407-7500
Facsimile:    (310) 407-7502

*Attorney for Defendants*

6

7

8

9

10

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11    WEST COAST HOTEL<br>MANAGEMENT, LLC dba<br>UNIVERSITY SQUARE HOTEL OF<br>12    FRESNO; and WEST COAST<br>ORANGE GROUP, LLC dba THE<br>13    HOTEL FRESNO,<br><br>14                       Plaintiffs,<br><br>15               v.<br><br>16    BERKSHIRE HATHAWAY GUARD<br>INSURANCE COMPANIES, a<br>17    Pennsylvania Company; AMGUARD<br>INSURANCE COMPANY, a<br>18    Pennsylvania Corporation; and DOES 1<br>through 25, inclusive,<br>19<br>                      Defendants.<br>20 | Case No. 2:20-cv-05663-VAP-DFM<br><br>**DEFENDANTS' REQUEST FOR<br>JUDICIAL NOTICE IN SUPPORT<br>OF MOTION TO DISMISS**<br><br>Date:   October 5, 2020<br>Time:  2:00 p.m.<br>Courtroom:  8A–1st Street Courthouse<br><br>[Filed concurrently herewith: Notice of<br>Motion and Motion to Dismiss;<br>Declaration of Chet A. Kronenberg;<br>[Proposed] Order] |

21

22

23

24

25

26

27

28

1    Defendants AmGUARD Insurance Company and Berkshire Hathaway

2  Guard Insurance Companies (collectively, "AmGUARD") hereby request that the

3  Court take judicial notice of nine documents submitted in support of Defendants'

4  motion to dismiss.  True and correct copies of the documents described herein are

5  attached as exhibits to the accompanying Declaration of Chet A. Kronenberg (the

6  "Kronenberg Declaration").

7                                    **ARGUMENT**

8  **I.    Government Orders (Exhibits A through C to Kronenberg Declaration)**

9    AmGUARD requests that the Court take judicial notice of the following

10  publicly available government orders: (i) Executive Order N-33-20, issued by

11  Governor Gavin Newsom on March 19, 2020 (Exhibit A); (ii) A Proclamation of the

12  Mayor of the City of Fresno, California, Declaring a Local Emergency, issued by

13  Mayor Lee Brand on March 16, 2020 (Exhibit B); and (iii) Emergency Order 2020-

14  02, issued by Fresno City Manager Wilma Quan on March 18, 2020 (Exhibit C).

15    The Court may take judicial notice of Exhibits A-C because Plaintiffs

16  refer to such documents in their Complaint and/or they form the basis of their causes

17  of action.  *See, e.g.*, Compl. ¶¶ 23, 34–35, 40, 42.[1]  In the Ninth Circuit, courts

18  routinely have held that documents on which a complaint necessary relies are proper

19  subjects of judicial notice.  *See, e.g.*, *Lee v. City of Los Angeles*, 250 F.3d 668, 688

20  (9th Cir. 2001) (a court may consider documents not physically attached to the

21  complaint if "the documents' authenticity is not contested and the plaintiff's

22  complaint necessarily relies on them") (internal quotations and ellipsis omitted).

23

24

25

26

27

28

---

[1] Plaintiffs reference Exhibits A and B explicitly and discuss Exhibit C, the actual
Shelter in Place order for the City of Fresno, by implication.

1    In addition, the Court may take judicial notice of Exhibits A-C

2  because they contain facts "generally known" in the Court's "territorial

3  jurisdiction" and are matter of public record.  *See*, *e.g.*, *Esparza v. Indymac Bank,*

4  *F.S.B.*, No. 4:09-cv-03891-SBA, 2010 WL 2925391, at *3 n.1 (N.D. Cal. July 26,

5  2010) (taking judicial notice of government order); *Givens v. Newsom*, No. 2:20-

6  cv-00852-JAM-CKD, 2020 WL 2307224, at *2 (E.D. Cal. May, 8 2020) (taking

7  notice of state executive orders);  *Cross Culture Christian Ctr. v. Newsom*, No.

8  220CV00832JAMCKD, 2020 WL 2121111, at *2 (E.D. Cal. May 5, 2020)

9  (finding executive orders and other government documents "all proper subjects of

10  judicial notice").

11  **I.    Court Records (Exhibits D through H to Kronenberg Declaration)**

12    AmGUARD also requests that the Court take judicial notice of the

13  following publicly filed hearing transcripts and orders:

- the hearing transcript with respect to defendant's motion for summary disposition in *Gavrilides Mgmt. Co. v. Michigan Ins. Co.*, 20-258-CB (Mich. Ingham Cir. Ct, July 1, 2020) (Exhibit D);

- the order granting defendant's motion to dismiss in *Martinez v. Allied Ins. Co. of Am.*, No. 2:20-cv-00401-JLB-NPM (M.D. Fla. Sept. 2, 2020) (Exhibit E);

- the amended order granting defendant's motion to dismiss in *10E, LLC v. Travelers Indem. Co. of Conn.*, No. 2:20-cv-04418-SVW-AS (C.D. Cal. Aug. 28, 2020, *as amended* Sept. 2, 2020) (Exhibit F);

- the hearing transcript with respect to an order to show cause in *Social Life Magazine, Inc. v. Sentinel Ins. Co. Ltd.*, No. 20-Civ-3311 (VEC) (S.D.N.Y., May 14, 2020) (Exhibit G);

- the hearing transcript with respect to defendant's demurrer, dated August 4, 2020, and order granting demurrer in *Inns by the Sea v. Cal.*

1    *Mut. Ins. Co.*, No. 20CV001274 (Ca. Super. Ct. Aug. 6, 2020) (Exhibit

2    H).

3
4    "Courts routinely take judicial notice of publicly available records,"
      including hearing transcripts and court orders from other proceedings. *Arrington v.*

5    *City of Los Angeles*, No. CV1503759BRORAOX, Case No. CV 15-03759-BRO

6    (RAOx), 2017 WL 10543403, at *7 (C.D. Cal. Jun. 30, 2017) (citation omitted)

7    (taking notice of hearing transcript and opinions from other cases); *see also Vazquez*

8    *v. Jan-Pro Franchising Int'l, Inc.*, 939 F.3d 1045, 1049 (9th Cir. 2019) (taking

9    judicial notice of hearing transcript).

10                          ***          ***          ***

11   For the foregoing reasons, AmGUARD respectfully requests that the

12   Court take judicial notice of the above-referenced documents in connection with

13   AmGUARD's motion to dismiss.

14

15   Dated: September 4, 2020          SIMPSON THACHER & BARTLETT LLP

16
                                       By */s/ Chet A. Kronenberg*
17                                         CHET A. KRONENBERG

18                                     1999 Avenue of the Stars, 29th Floor
                                       Los Angeles, CA  90067
19                                     Telephone:  (310) 407-7500
                                       Facsimile:   (310) 407-7502
20                                     Email:  ckronenberg@stblaw.com

21                                     *Attorney for Defendants*

22

23

24

25

26

27

28