Darren Richie (SBN 316116)
*darren@richielitigation.com*
Steve Jang (SBN 330228)
*steve@richielitigation.com*
**RICHIE LITIGATION, P.C.**
206 W. 4th Street, Suite 330
Santa Ana, CA 92701
Tel: (213) 265-7888 | Fax: (844) 314-1380

*Attorneys for Plaintiffs,*
WEST COAST HOTEL MANAGEMENT, LLC, and
WEST COAST ORANGE GROUP, LLC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEST COAST HOTEL MANAGEMENT, LLC dba UNIVERSITY SQUARE HOTEL OF FRESNO; and WEST COAST ORANGE GROUP, LLC dba THE HOTEL FRESNO,<br><br>     Plaintiffs,<br><br>     v.<br><br>BERKSHIRE HATHAWAY GUARD INSURANCE COMPANIES, a Pennsylvania Company; AMGUARD INSURANCE COMPANY, a Pennsylvania Corporation; and DOES 1-50, inclusive,<br><br>     Defendants. | Case No. 2-20-cv-05663-VAP-DFM<br><br>**DECLARATION OF STEVE JANG, ESQ. IN SUPPORT OF PLAINTIFFS' MOTION TO EXTEND TIME**<br><br>[Filed concurrently herewith: Notice of Motion and Motion to Extend Time, Declaration of Sosie Boyadjian, and [Proposed] Order]<br><br>Hearing Date: October 19, 2020<br>Time: 2:00 p.m.<br>Courtroom: 8A – 1st Street Courthouse |

1
DECLARATION OF STEVE JANG

# DECLARATION OF STEVE JANG

I, Steve Jang, declare as follows:

1. I am an attorney at law currently working at Richie Litigation, P.C. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would competently testify completely thereto. I submit this Declaration in support of Plaintiffs' Motion to Extend Time.

2. My paralegal Sosie Boyadjian typically calendars all my meetings, hearings, and deadlines on Firm Central. She is usually very diligent about it. With respect to Defendants' Motion to Dismiss, my paralegal apparently calendared the hearing under the wrong event and thus the applicable deadlines were not automatically generated and calendared. After looking up the Local Rules, she informed me the deadline to submit Plaintiffs' Opposition was on September 25, 2020.

3. Accordingly, I began gathering pertinent records/research and drafting Plaintiffs' Opposition this morning thinking I had ample time to submit it. I had attempted to get in contact with our clients earlier this week to gather facts and obtain documents necessary to oppose Defendants' Motion but did not hear back from them until this morning. Due to the difficulty of getting in contact with our clients and the anticipated delay in obtaining pertinent records from our clients, I was intending to ask Defendants' counsel, Chet Kronenberg, to stipulate continuing the Motion to Dismiss hearing date before the mistaken opposition deadline of September 25, 2020. However, as I myself was looking up the Local Rules, I realized the deadline to submit the opposition was in fact no later than 21 days (September 14, 2020) as opposed to no later than 10 days as I had been informed by my paralegal. Admittedly, I should have been more diligent in confirming the opposition deadline. However, Plaintiffs should not be prejudiced due to their legal team's negligence.

4. After this alarming realization, I immediately called Defendants' counsel asking if he would stipulate to continuing the Motion to Dismiss hearing. He informed me he would confer with his team and get back to me. Minutes later, I received via e-

mail the Minute Order vacating the October 5, 2020 hearing and taking the Motion to Dismiss matter under submission based on the papers timely filed, at which point I informed Mr. Kronenberg I would be filing a FRCP 6(b)(1)(B) Motion to Extend Time due to excusable neglect. Mr. Kronenberg graciously informed me he would not oppose it. I then immediately began drafting Plaintiffs' Motion to Extend Time.

5. On July 15, 2020, Plaintiffs, in good faith, stipulated to a 30-day extension for Defendants to Respond to Plaintiffs' Complaint.

6. Given the opportunity, I expect I will be able to sufficiently prepare and file Plaintiffs' Opposition to Defendants' Motion to Dismiss by no later than September 25, 2020.

7. Though I have reserved October 19, 2020 as the date for the hearing on Plaintiffs' Motion to Extend Time pursuant to Local Rule 6-1, I would be willing to advance the hearing date so as not cause any further delays if agreeable with the Court and Defendants.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Los Angeles, California.

Dated: September 17, 2020

By:_____
Steve Jang, Esq.