1  Darren Richie (SBN 316116)
   *darren@richielitigation.com*
2  Steve Jang (SBN 330228)
   *steve@richielitigation.com*
3  **RICHIE LITIGATION, P.C.**
4  206 W. 4th Street, Suite 330
   Santa Ana, CA 92701
5  Tel: (213) 265-7888 | Fax: (844) 314-1380
6
7  *Attorneys for Plaintiffs,*
   WEST COAST HOTEL MANAGEMENT, LLC, and
8  WEST COAST ORANGE GROUP, LLC.
9
                **UNITED STATES DISTRICT COURT**
10
                **CENTRAL DISTRICT OF CALIFORNIA**
11

12 | WEST COAST HOTEL | Case No. 2-20-cv-05663-VAP-DFM |
   | MANAGEMENT, LLC dba | |
13 | UNIVERSITY SQUARE HOTEL OF | **DECLARATION OF SOSIE** |
14 | FRESNO; and WEST COAST | **BOYADJIAN IN SUPPORT OF** |
   | ORANGE GROUP, LLC dba THE | **PLAINTIFFS' MOTION TO** |
15 | HOTEL FRESNO, | **EXTEND TIME** |
16 | | |
17 |     Plaintiffs, | [Filed concurrently herewith: Notice of |
   | | Motion and Motion to Extend Time, |
18 |         v. | Declaration of Steve Jang, Esq., and |
   | | [Proposed] Order] |
19 | |
20 | BERKSHIRE HATHAWAY GUARD | |
   | INSURANCE COMPANIES, a | Hearing Date: October 19, 2020 |
21 | Pennsylvania Company; AMGUARD | Time: 2:00 p.m. |
   | INSURANCE COMPANY, a | Courtroom: 8A – 1st Street Courthouse |
22 | Pennsylvania Corporation; and DOES | |
   | 1-50, inclusive, | |
23 | |
24 |     Defendants. | |

25
26
27
28

---

1

DECLARATION OF SOSIE BOYADJIAN

**DECLARATION OF SOSIE BOYADJIAN**

I, Sosie Boyadjian, declare as follows:

  1. I am a paralegal currently employed at Richie Litigation, P.C. and have been since January 2019. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would competently testify completely thereto. I submit this Declaration in support of Plaintiffs' Motion to Extend Time.

  2. I am Steve Jang, Esq.'s paralegal and have been since June 2020. Prior to being assigned as Mr. Jang's paralegal, I was not assigned to any attorney and mainly handled pre-litigation personal injury matters such as corresponding with adjusters and setting up medical appointments for clients.

  3. On September 8, 2020, after receiving service of Defendants' Motion to Dismiss, I attempted to calendar the matter on our firm's calendaring system, Firm Central. Usually, whenever someone enters an event on Firm Central, it will automatically generate and calendar the applicable deadlines. However, I was not able to find the specific event to enter under 'Motion to Dismiss' so I just calendared the hearing date for October 5, 2020 and looked up the Local Rules to find out when the opposition would be due. I misread Local Rule 7-9 and believed the opposition was due not later than 10 days after service rather than not later than 21 days after service. I mistakenly informed Mr. Jang that the opposition was due on September 25, 2020 and calendared the same.

  I declare under penalty of perjury that the foregoing is true and correct.

  Executed at Santa Ana, California.

Dated: September 17, 2020

By:_____
   Sosie Boyadjian

2
DECLARATION OF SOSIE BOYADJIAN