1  Chet A. Kronenberg (State Bar No. 222335)
   ckronenberg@stblaw.com
2  SIMPSON THACHER & BARTLETT LLP
   1999 Avenue of the Stars, 29th Floor
3  Los Angeles, California  90067
   Telephone:   (310) 407-7500
4  Facsimile:    (310) 407-7502

5  *Attorney for Defendants*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEST COAST HOTEL MANAGEMENT, LLC dba UNIVERSITY SQUARE HOTEL OF FRESNO; and WEST COAST ORANGE GROUP, LLC dba THE HOTEL FRESNO,<br><br>Plaintiffs,<br><br>v.<br><br>BERKSHIRE HATHAWAY GUARD INSURANCE COMPANIES, a Pennsylvania Company; AMGUARD INSURANCE COMPANY, a Pennsylvania Corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 2:20-cv-05663-VAP-DFM<br><br>**DEFENDANTS' STATEMENT OF NO POSITION REGARDING PLAINTIFFS' MOTION TO EXTEND TIME TO FILE AN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>Date:   October 19, 2020<br>Time:   2:00 p.m.<br>Courtroom:   8A–1st Street Courthouse |

On September 18, 2020, Plaintiffs filed a motion to extend time to file an opposition to Defendants' motion to dismiss. ECF No. 20. Defendants hereby state that they take no position on Plaintiffs' motion.

Dated: September 18, 2020

Respectfully Submitted,

SIMPSON THACHER & BARTLETT LLP

By */s/ Chet A. Kronenberg*
CHET A. KRONENBERG

1999 Avenue of the Stars, 29th Floor
Los Angeles, CA  90067
Telephone:   (310) 407-7500
Facsimile:    (310) 407-7502
Email:  ckronenberg@stblaw.com

*Attorney for Defendants*