# EXHBIT A



# Berkshire Hathaway GUARD Insurance Companies

## Businessowner's Proposal of Insurance for . . .

West Coast Hotel Management LLC
4961 N Cedar Ave
Fresno, CA 93726-1062

*Berkshire Hathaway GUARD Insurance Companies specialize in providing insurance coverage to businesses.*

**Total Estimated Premium:** 22,887.00

**Effective Date:** 12/20/2018 thru 12/20/2019

**Proposal Number:** WEBP915865

**Payment Terms:** 10% down payment, 10 monthly installment(s)

*Presented by*
FORTUNA GENERAL INSURANCE AGENCY, INC.
3325 Cochran Street
Suite 106
Simi Valley, CA 93063

866-323-6629



Berkshire Hathaway GUARD Insurance Companies - P.O. Box A-H - Wilkes-Barre, PA 18703 - www.guard.com - phone: 1-800-673-2465

March 2016 Edition

DocuSign Envelope ID: A4F32387-D82B-466D-BB07-1C3OSC358I6E
Case 2:20-cv-05663-VAP-DFM Document 25-1 Filed 09/23/20 Page 3 of 20 Page ID #:314



**AA Rating**
Standard & Poor's
(as of 2017)

**Fortune 500 #2**
(as of 2017)

**S&P 500**

**Global 500 #8**
(as of 2017)

**Chairman**
Warren Buffett

**More About**
Berkshire Hathaway – an international holding company with diverse interests that include insurance and reinsurance – is regularly recognized as one of the largest and strongest organizations in the world.

# Quick Facts

## Berkshire Hathaway GUARD Insurance Companies

**Established:**
1983

**Ultimate Parent:**
Berkshire Hathaway Inc.

**Insurance Companies:**
AmGUARD, EastGUARD, NorGUARD, and WestGUARD

**A.M. Best Company Rating:**
A+ ("Superior"); Financial Size Category X

**CEO/President:**
Sy Foguel, ACAS, FILAA

**Locations:**
Home office in PA; eight satellite offices across the United States

**Specialty:**
Commercial Property & Casualty accounts from a variety of classes

**Products:***
We feature the following coverages that can be purchased separately or as part of a comprehensive multi-line solution:

- Workers' Compensation and Employer's Liability
- Businessowner's coverage (Property/Liability)
- Commercial Automobile
- Commercial Umbrella/Excess Liability
- Disability (NY only)
- Professional Liability
- Homeowners and Personal Umbrella

**Operating Area:**
Nationwide for Workers' Compensation and Businessowner's Policies with complementary Commercial Auto and Professional Liability available in most states by the end of 2018. (Visit **www.guard.com** for details.)

**Performance:**
Combined loss and expense ratio (consistently under 100%) that outperforms our peer group

**Distribution Network:**
Independent Insurance Agents throughout the country

**Number of Policies Issued (2017):**
256,000

**Gross Written Premium (2017):**
$1.3 billion

**Services:**
Full range of underwriting, loss control, billing, and claims value-added services provided that help policyholders realize the full benefit of their coverage . . . in the easiest possible way

*(Berkshire Hathaway GUARD has also been selected as a Workers' Compensation Servicing Carrier in eight states.)*

*Not all products are available in all states or through all subsidiaries.



Berkshire Hathaway GUARD Insurance Companies • P.O. Box A-H, Wilkes-Barre, PA 18703 • www.guard.com • phone: 1-800-673-2465

West Coast Hotel Management LLC
WEBP915865

## Payment Terms:

Payment or draft information must be received by GUARD no later than 5 business days after inception.
Always include your Proposal Number on all correspondence and checks.

## Payment Options:

- CREDIT CARD: Go to the Policyholder Service Center at www.guard.com to register and make your payment OR call Customer Service at 1-800-673-2465. A fee may apply.
- DIRECT DRAFT: Complete the Authorization form (below) and fax to Accounting Services at 570-820-7968 OR make your Direct Draft payment from the Policyholder Service Center at www.guard.com. No Installment fee applies with ongoing Direct Draft payments.
- e-CHECK: Fax a copy of your completed check to 570-820-7968. MARK THE CHECK "FOR DRAFT," making sure not to obscure the routing number, account number, or payment amount.
- TELEPHONE PAYMENT: Call Customer Service at 1-800-673-2465.
- MAIL PAYMENT: Make check payable to Berkshire Hathaway GUARD Insurance Companies and include remittance voucher (below).

See Direct Draft and Mailing Remittance Forms below.

## MAILING REMITTANCE SLIP

Customer Name:    West Coast Hotel Management LLC

Agency Name:    FORTUNA GENERAL INSURANCE AGENCY, INC.

Proposal Number:    WEBP915865

Total Premium:    22,887.00

Down Payment Amount:    2,288.70

Mail Payment To:    Berkshire Hathaway GUARD Insurance Companies
ATTN: Accounts Receivable
P.O. Box A-H - 16 S. River Street
Wilkes-Barre, PA 18703-0020

## Direct Draft Authorization:

I hereby authorize __Berkshire Hathaway GUARD (WestGUARD Insurance__ to initiate pre-authorized debit transfers on behalf of my business for (select one) ☐ **one-time use** ☑ **ongoing**, using to the information outlined below:

Policy(ies): _____
If this authorization applies to multiple policies, list all. For each, include the policy # and/or type (i.e., Comp, etc.); also, indicate new or renewal.
Name of Policyholder:    West Coast Hotel Management LLC
Bank Account #: _____    Bank Routing #: _____
Bank Name: _____
                     Name                                             City                        State
Preferred Start Date: _____    Amount (if one-time Direct Draft): _____
Statement Delivery Preference:    ☐ Fax    ☐ E-mail    ☐ Mail    Fax # or E-mail: _____
_(OPTIONAL) Attach a voided check to assist us in verifying your account information._
Authorized Signature: _Bac Tran_    Date Signed: 12/19/2018 | 10:30:58 AM
Printed Name:    Bac Tran
Phone Number: _____

We send Billing Statements to give you advance notice of each draft amount as a courtesy to you. (The procedure for calculating premium is set forth in your policy.) We cannot guarantee that you will receive this notice or that the notice will be received in advance of the Direct Draft. Regardless, payment is still due in accordance with your policy terms.

DDPF-TB/8-14 Ed10

**Berkshire Hathaway GUARD Insurance Companies**

Attn: Accounting Services - P.O. Box A-H - Wilkes-Barre, PA 18703-0020 - FAX 570-820-7968



**Berkshire Hathaway GUARD**
P.O. Box A-H • 16 S. River Street
Wilkes-Barre, PA 18703-0020
570-825-9900
www.guard.com

# Proposal of Insurance

### West Coast Hotel Management LLC
### Prospect Number WEBP915865
### for 12/20/2018 to 12/20/2019

| | |
|---:|:---|
| **Carrier:** | AmGUARD Insurance Company |
| **Type of Coverage:** | Businessowner's |
| **Payment Method:** | Direct Bill |

### Total Estimated Cost: 22,887.00

The portion of the Total Estimated Cost attributable to terrorism premium is $ 0.00.

*(Direct billed policies will be charged a fee of $7.00 per installment.)*

**Information Needed to Issue:**
* A signed 1) ACORD application or 2) copy of the proposal is required prior to policy issuance.
* Under the Terrorism Risk Insurance Program Reauthorization Act, policyholders have the right to purchase coverage under this policy and must read, complete, and return the attached Policyholder Disclosure: Notice of Terrorism Insurance Coverage.

**Important Notes:**
* This prospect is subject to inspection.
* A Direct Draft electronic fund transfer option is offered which requires no installment fees and no checks to be mailed. A sign-up sheet is enclosed and can alternatively be downloaded from our web site at www.guard.com or obtained by contacting Customer Service at 800-673-2465.
* If the insured cancels the policy, the final premium may be calculated on an other than pro rata basis. In that case, the amount of premium due to the insured will be 90% of the unearned premium and final premium will not be less than the full minimum premium.
* Please note that the coverages and limits offered on this Proposal of Insurance may be different from those originally selected on the application. Please review carefully.

X _____ BT
Initials
12/19/2018 | 10:30:58 AM PST
Date

DocuSign Envelope ID: A4F32387-D82B-466D-BB07-1C3C5C3F816F

## Proposal of Insurance for West Coast Hotel Management LLC (cont.)

The next sections of this proposal list the various Property and Liability insurance coverages and limits included in this Businessowner's policy for the Total Estimated Cost shown above; some are automatically included while others reflect specific requests.

### SECTION I: (Applies to All Locations)

| Headquarters State | California |
|---|---|
| **Coverage** | **Limit** |
| **Policy Limits** | |
| • Liability Limits | |
| • Liability & Medical Expenses - Each Occurrence | $1,000,000 |
| • General Aggregate | $2,000,000 |
| • Personal & Advertising Injury | Included |
| • Products & Completed Operations Aggregate | $2,000,000 |
| • Medical Expenses - Each Person | $5,000 |
| • Deductibles | |
| • Liability Property Damage Deductible | None |
| • Liability Deductible - Bodily Injury | None |
| • Total Annual Sales/Rental Receipts | $1,800,000 |
| • IMPORTANT NOTE | PLEASE ENSURE ACCURACY.  SALES MAY BE SUBJECT TO AUDIT. |
| • Total Number of Employees | 25 |
| **Damage To Premises Rented To You** | |
| • Limit | $50,000 |
| **Appurtenant Structures** | |
| • Limit | $50,000 combined Building/BPP |
| **Bed Bug-Kissing Bug Liability Coverage** | |
| • Limit | Excluded |
| **Business Income & Extra Expense** | |
| • Limit | Actual Loss Sustained up to 12 Months |
| **Electronic Data** | |
| • Limit | $10,000 |
| **Employee Dishonesty** | |
| • Limit | $10,000 |
| **Fire Department Service Charge** | |
| • Limit | $25,000 |
| **Fire Extinguisher Systems Recharge Expense** | |
| • Limit | $5,000 |
| **Forgery or Alteration** | |
| • Limit | $10,000 |
| **Fungi, Wet Rot, Dry Rot & Bacteria (Mold)** | |
| • Property Limit | $15,000 |
| • Business Income/EE Number of Days | 30 |
| • Liability Coverage Option | Exclude Coverage |
| **Glass Expense** | |
| • Limit | Actual Loss Sustained |
| **Hired Automobile** | |
| • Limit | Included in Liability Limit |





Initials
12/19/2018 | 10:30:58 AM PST
Date

## Proposal of Insurance for West Coast Hotel Management LLC (cont.)

| | |
|---|---|
| **Interruption of Computer Operations** | |
| • Limit | $10,000 |
| **Loss by Theft of furs, fur garments, garments trimmed with fur** | |
| • Limit | $2,500 |
| **Loss by Theft of jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals** | |
| • Limit | $5,000 |
| **Loss by Theft of patterns, dies, molds and forms** | |
| • Limit | $2,500 |
| **Money Orders and "Counterfeit Money"** | |
| • Limit | $1,000 |
| **Newly Acquired Or Constructed Property - Buildings** | |
| • Limit | 25% of Building Limit/Not more than $500,000/Bldg |
| **Newly Acquired Or Constructed Property - Business Personal Property** | |
| • Limit | $250,000 |
| **Non-owned Automobile** | |
| • Exposure | Without Delivery Service |
| **Personal Effects** | |
| • Limit | $5,000 |
| **Personal Property Off Premises** | |
| • Limit | $10,000 |
| **Pollutant Clean Up and Removal** | |
| • Limit | $10,000 |
| **Preservation of Property** | |
| • Limit | Within 30 Days |
| **Terrorism** | |
| • Certified Acts | Exclude Coverage |

## SECTION II: Location-Level Coverage

Location 001: 4961 N Cedar Ave, Fresno, CA 93726-1062
Building 001: Hotels - Standard - With Full Service Restaurant - 6917106

| | |
|---|---|
| **Property Deductible:** | **10,000.00** |
| Wind/Hail Excluded: | No |
| Wind/Hail Deductible: | n/a |
| Building Group: | Hotels/Motels |
| Occupancy: | Owner Occupied Bldg - More than 10% |
| Construction Type: | Frame |
| Protection Class: | 03 |
| BCEG: | Ungraded |
| Class Description: | Hotels - Standard - With Full Service Restaurant (6917106) |
| Territory: | (025) |

| Coverage | Limit |
|---|---|



BT
Initials
12/19/2018 | 10:30:58 AM PST
Date

## Proposal of Insurance for West Coast Hotel Management LLC (cont.)

| | |
|---|---|
| **Accounts Receivable** | |
| • On-Premises Limit | $25,000 |
| • Off-Premises Limit | 25,000 |
| **Awnings Coverage** | |
| • Limit | $2,500 |
| **Building Coverage** | |
| • Limit | $3,197,958 |
| • Valuation | Replacement Cost |
| • Inflation Guard % | 4 |
| **Business Personal Property Coverage** | |
| • Limit | $100,000 |
| • Seasonal Increase Percent | 25 |
| • Valuation | Replacement Cost |
| **Debris Removal** | |
| • Limit | 25%/$10,000 |
| **Hotels/Motels Coverage** | |
| • Lock Replacement | 2,500 |
| • Web Sites (Business Income) | 7 day period or $50,000/$100,000 |
| • Reward Payment | 5,000 |
| • Credit Card Slips | 10,000 |
| • Liability for Guests' Property | $1,000/$25,000 |
| • Liability for Guests' Property in Safe Deposit Boxes | None |
| **Liability** | |
| • IMPORTANT NOTE | THIS COVERAGE IS RATED BASED ON AN ESTIMATE AND IS SUBJECT TO AUDIT |
| • IMPORTANT NOTE | THIS COVERAGE IS RATED BASED ON AN ESTIMATE AND IS SUBJECT TO AUDIT |
| • Gross Sales at this Location | $450,000 |
| • Limit | Included |
| **Money and Securities** | |
| • On Premises Limit | $5,000 |
| • Off Premises Limit | $5,000 |
| **Ordinance or Law - Increased Cost Of Construction** | |
| • Limit | $10,000 |
| **Outdoor Property** | |
| • Limit | $10,000 |
| **Outdoor Signs - Optional Coverage** | |
| • Limit | $5,000 |
| **Playgrounds or Amusement Areas** | |
| • Limit | Included |
| **Valuable Papers and Records** | |
| • On-Premises Limit | $25,000 |
| • Off-Premises Limit | $25,000 |
| **Water Back-up and Sump Overflow** | |
| • Covered Property Limit | $5,000 |
| • Business Income and Extra Expense Limit | $5,000 |

BT
X _____ Initials
12/19/2018 | 10:30:58 AM PST
Date

## Proposal of Insurance for West Coast Hotel Management LLC (cont.)

**Location 001:** 4961 N Cedar Ave, Fresno, CA 93726-1062
**Building 002:** Hotels - Standard - With Ltd. Cooking Restaurant (No Deep Fat Frying) - 6916103

| | |
|---|---|
| **Property Deductible:** | 10,000.00 |
| **Wind/Hail Excluded:** | No |
| **Wind/Hail Deductible:** | n/a |
| **Building Group:** | Hotels/Motels |
| **Occupancy:** | Owner Occupied Bldg - More than 10% |
| **Construction Type:** | Frame |
| **Protection Class:** | 03 |
| **BCEG:** | Ungraded |
| **Class Description:** | Hotels - Standard - With Ltd. Cooking Restaurant (No Deep Fat Frying) (6916103) |
| **Territory:** | (025) |

| Coverage | Limit |
|---|---|
| **Accounts Receivable** | |
| • On-Premises Limit | $25,000 |
| • Off-Premises Limit | 25,000 |
| **Awnings Coverage** | |
| • Limit | $2,500 |
| **Building Coverage** | |
| • Limit | $3,197,958 |
| • Valuation | Replacement Cost |
| • Inflation Guard % | 4 |
| **Business Personal Property Coverage** | |
| • Limit | $100,000 |
| • Seasonal Increase Percent | 25 |
| • Valuation | Replacement Cost |
| **Debris Removal** | |
| • Limit | 25%/$10,000 |
| **Hotels/Motels Coverage** | |
| • Lock Replacement | 2,500 |
| • Web Sites (Business Income) | 7 day period or $50,000/$100,000 |
| • Reward Payment | 5,000 |
| • Credit Card Slips | 10,000 |
| • Liability for Guests' Property | $1,000/$25,000 |
| • Liability for Guests' Property in Safe Deposit Boxes | None |
| **Liability** | |
| • IMPORTANT NOTE | THIS COVERAGE IS RATED BASED ON AN ESTIMATE AND IS SUBJECT TO AUDIT |
| • IMPORTANT NOTE | THIS COVERAGE IS RATED BASED ON AN ESTIMATE AND IS SUBJECT TO AUDIT |
| • Gross Sales at this Location | $450,000 |
| • Limit | Included |
| **Money and Securities** | |
| • On Premises Limit | $5,000 |
| • Off Premises Limit | $5,000 |





Initials
12/19/2018 | 10:30:58 AM PST
Date

## Proposal of Insurance for West Coast Hotel Management LLC (cont.)

| | |
|---|---|
| **Ordinance or Law - Increased Cost Of Construction** | |
| • Limit | $10,000 |
| **Outdoor Property** | |
| • Limit | $10,000 |
| **Outdoor Signs - Optional Coverage** | |
| • Limit | $5,000 |
| **Valuable Papers and Records** | |
| • On-Premises Limit | $25,000 |
| • Off-Premises Limit | $25,000 |
| **Water Back-up and Sump Overflow** | |
| • Covered Property Limit | $5,000 |
| • Business Income and Extra Expense Limit | $5,000 |

**Location 001: 4961 N Cedar Ave, Fresno, CA 93726-1062**
**Building 003: Hotels - Standard - With Ltd. Cooking Restaurant (No Deep Fat Frying) - 6916103**

| | |
|---|---|
| **Property Deductible:** | 10,000.00 |
| **Wind/Hail Excluded:** | No |
| **Wind/Hail Deductible:** | n/a |
| **Building Group:** | Hotels/Motels |
| **Occupancy:** | Owner Occupied Bldg - More than 10% |
| **Construction Type:** | Frame |
| **Protection Class:** | 03 |
| **BCEG:** | Ungraded |
| **Class Description:** | Hotels - Standard - With Ltd. Cooking Restaurant (No Deep Fat Frying) (6916103) |
| **Territory:** | (025) |

| **Coverage** | **Limit** |
|---|---|
| **Accounts Receivable** | |
| • On-Premises Limit | $25,000 |
| • Off-Premises Limit | 25,000 |
| **Awnings Coverage** | |
| • Limit | $2,500 |
| **Building Coverage** | |
| • Limit | $3,197,958 |
| • Valuation | Replacement Cost |
| • Inflation Guard % | 4 |
| **Business Personal Property Coverage** | |
| • Limit | $100,000 |
| • Seasonal Increase Percent | 25 |
| • Valuation | Replacement Cost |
| **Debris Removal** | |
| • Limit | 25%/$10,000 |



BT

X          Initials
           12/19/2018 | 10:30:58 AM PST
                      Date

## Proposal of Insurance for West Coast Hotel Management LLC (cont.)

| Hotels/Motels Coverage | |
|---|---|
| • Lock Replacement | 2,500 |
| • Web Sites (Business Income) | 7 day period or $50,000/$100,000 |
| • Reward Payment | 5,000 |
| • Credit Card Slips | 10,000 |
| • Liability for Guests' Property | $1,000/$25,000 |
| • Liability for Guests' Property in Safe Deposit Boxes | None |
| **Liability** | |
| • IMPORTANT NOTE | THIS COVERAGE IS RATED BASED ON AN ESTIMATE AND IS SUBJECT TO AUDIT |
| • IMPORTANT NOTE | THIS COVERAGE IS RATED BASED ON AN ESTIMATE AND IS SUBJECT TO AUDIT |
| • Gross Sales at this Location | $450,000 |
| • Limit | Included |
| **Money and Securities** | |
| • On Premises Limit | $5,000 |
| • Off Premises Limit | $5,000 |
| **Ordinance or Law - Increased Cost Of Construction** | |
| • Limit | $10,000 |
| **Outdoor Property** | |
| • Limit | $10,000 |
| **Outdoor Signs - Optional Coverage** | |
| • Limit | $5,000 |
| **Valuable Papers and Records** | |
| • On-Premises Limit | $25,000 |
| • Off-Premises Limit | $25,000 |
| **Water Back-up and Sump Overflow** | |
| • Covered Property Limit | $5,000 |
| • Business Income and Extra Expense Limit | $5,000 |

Location 001: 4961 N Cedar Ave, Fresno, CA 93726-1062
Building 004: Hotels - Standard - With Ltd. Cooking Restaurant  (No Deep Fat Frying) - 6916103

| | |
|---:|---|
| **Property Deductible:** | 10,000.00 |
| **Wind/Hail Excluded:** | No |
| **Wind/Hail Deductible:** | n/a |
| **Building Group:** | Hotels/Motels |
| **Occupancy:** | Owner Occupied Bldg - More than 10% |
| **Construction Type:** | Frame |
| **Protection Class:** | 03 |
| **BCEG:** | Ungraded |
| **Class Description:** | Hotels - Standard - With Ltd. Cooking Restaurant  (No Deep Fat Frying) (6916103) |
| **Territory:** | (025) |

| Coverage | Limit |
|---|---|
| **Accounts Receivable** | |
| • On-Premises Limit | $25,000 |
| • Off-Premises Limit | 25,000 |



X _____  Initials
12/19/2018 | 10:30:58 AM PST
Date

## Proposal of Insurance for West Coast Hotel Management LLC (cont.)

| | |
|---|---|
| **Awnings Coverage** | |
| • Limit | $2,500 |
| **Building Coverage** | |
| • Limit | **$3,197,958** |
| • Valuation | Replacement Cost |
| • Inflation Guard % | 4 |
| **Business Personal Property Coverage** | |
| • Limit | $100,000 |
| • Seasonal Increase Percent | 25 |
| • Valuation | Replacement Cost |
| **Debris Removal** | |
| • Limit | 25%/$10,000 |
| **Hotels/Motels Coverage** | |
| • Lock Replacement | 2,500 |
| • Web Sites (Business Income) | 7 day period or $50,000/$100,000 |
| • Reward Payment | 5,000 |
| • Credit Card Slips | 10,000 |
| • Liability for Guests' Property | $1,000/$25,000 |
| • Liability for Guests' Property in Safe Deposit Boxes | None |
| **Liability** | |
| • IMPORTANT NOTE | THIS COVERAGE IS RATED BASED ON AN ESTIMATE AND IS SUBJECT TO AUDIT |
| • IMPORTANT NOTE | THIS COVERAGE IS RATED BASED ON AN ESTIMATE AND IS SUBJECT TO AUDIT |
| • Gross Sales at this Location | $450,000 |
| • Limit | Included |
| **Money and Securities** | |
| • On Premises Limit | $5,000 |
| • Off Premises Limit | $5,000 |
| **Ordinance or Law - Increased Cost Of Construction** | |
| • Limit | $10,000 |
| **Outdoor Property** | |
| • Limit | $10,000 |
| **Outdoor Signs - Optional Coverage** | |
| • Limit | $5,000 |
| **Valuable Papers and Records** | |
| • On-Premises Limit | $25,000 |
| • Off-Premises Limit | $25,000 |
| **Water Back-up and Sump Overflow** | |
| • Covered Property Limit | $5,000 |
| • Business Income and Extra Expense Limit | $5,000 |

## Proposal of Insurance for West Coast Hotel Management LLC (cont.)

### Policy Forms To Be Attached at Issuance

| Form Number | Form Name |
|---|---|
| PN MU 01 06 17 | Protective Safeguards Policyholder Notice |
| IIT DS 01 05 | Businessowners Policy Declarations |
| BP 00 03 01 10 | Businessowners Coverage Form |
| BP IN 01 01 10 | Businessowners Coverage Form Index |
| END SCHD | Schedule Of Forms And Endorsements |
| IL 99 00 08 13 | Authorization and Attestation |
| IL P 001 01 04 | U.S. Treasury Department's Office Of Foreign Assets Control ("OFAC") Advisory Notice To Policyholder |
| BP 99 CA 09 16 | CA Policy Customizations |
| BP 01 55 05 17 | California Changes |
| BP 99 75 05 13 | California Changes -Cancellation Premium Due |
| BP 04 17 01 10 | Employment - Related Practices Exclusion |
| BP 05 01 07 02 | Calculation Of Premium |
| BP 05 24 01 15 | Exclusion Of Certified Acts Of Terrorism |
| BP 05 41 01 15 | Exclusion of Certified Acts of Terrorism and Exclusion of Other Acts of Terrorism Committed Outside the United States |
| BP 05 42 01 15 | Exclusion Of Punitive Damages Related To A Certified Act Of Terrorism |
| BP 06 86 05 17 | California Hired and Non-Owned Auto Liability |
| BP 99 11 09 08 | Exclusion - Bed Bug - Kissing Bug |
| BP 99 188 06 16 | Deductible Endorsement - Property |
| BP 99 20 01 10 | Hotels/Motels Coverage |
| BP 99 238 06 17 | Protective Safeguards - Fire |
| BP 99 60 03 12 | Water Back-up and Sump Overflow |
| BP 04 12 04 17 | Limitation of Coverage to Designated Premises, Project or Operation |
| | Description of Premises:  Per schedule of locations listed on the declarations page. |
| PRIV POL | Privacy Policy |

Name(s) -
Location -  XXX
Building -



BT

X _____ Initials

12/19/2018 | 10:30:58 AM PST
Date

## Proposal of Insurance for West Coast Hotel Management LLC (cont.)

*DISCLAIMER This proposal/quote is not a binder. The Total Estimated Cost is based upon information provided to date and is subject to change even after coverage has been bound, based upon availability of additional pricing or underwriting information or considerations and/or upon the results of loss control surveys and compliance with recommendations. This summary of policy coverages, premium, and limits is not an insurance policy. For further details about the coverage, please review the policy forms and declarations pages. In the event of a conflict, the terms stated in the insurance policy shall govern. Please be aware that this proposal encompasses only the coverages listed and that those coverages are subject to the final terms and conditions stated in the policy. Our only offer of insurance is stated by the terms of this proposal, which can only be changed by our issuance of a new proposal.*

Prospect Number:  WEBP915865

PROPOSAL-12-12-2018-12  Accepted by: _____Bac Tran_____
(print name)

Prospect's Signature:  *Bac Tran*

Date: _____12/19/2018 | 10:30:58 AM PST_____

Fax this signed proposal page to us at 570-820-7968



# IMPORTANT INFORMATION:
## A PROTECTIVE SAFEGUARDS ENDORSEMENT HAS BEEN INCLUDED IN THIS BUSINESSOWNER'S POLICY PROPOSAL

| Prem. No. | Bldg. No. | Protective Safeguards Symbols Applicable |
|---|---|---|
| 001 | 001 | P-1, Automatic Sprinkler System |
| 001 | 002 | P-1, Automatic Sprinkler System |
| 001 | 003 | P-1, Automatic Sprinkler System |
| 001 | 004 | P-1, Automatic Sprinkler System |

As a condition of this insurance, the protective devices or services shown above MUST be maintained and proof of proper maintenance provided to us upon request. Be aware that these protective safeguards will also will be listed on the protective safeguards endorsement attached to the policy.

**Since proper maintenance of any protective safeguards claimed is a requirement of this coverage and failure to do so could result in denial of a claim under the policy, be sure to confirm that the protective safeguards shown above comply with these terms and conditions.**

If any listed device or service does not exist, is not operational, or is not connected, notify us immediately. If we do not hear from you, we will assume that all safeguards being claimed are in place and being maintained in accordance with the terms stated above. If you have any questions, please feel free to contact us by phone at 570-825-9900 or by e-mail at csr@GUARD.com.

**\*\*UPON ACCEPTANCE OF THIS QUOTE AND SUBSEQUENT ISSUANCE,
READ YOUR INSURANCE POLICY
FOR COMPLETE TERMS AND CONDITIONS\*\***



BT
Initials
12/19/2018 | 10:30:58 AM PST
Date

# POLICYHOLDER DISCLOSURE
# NOTICE OF TERRORISM INSURANCE COVERAGE

You are hereby notified that under the Terrorism Risk Insurance Act, as amended, you have a right to purchase insurance coverage for losses resulting from acts of terrorism. As defined in Section 102(1) of the Act: The term "act of terrorism" means any act or acts that are certified by the Secretary of the Treasury—in consultation with the Secretary of Homeland Security, and the Attorney General of the United States—to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission; and to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

YOU SHOULD KNOW THAT WHERE COVERAGE IS PROVIDED BY THIS POLICY FOR LOSSES RESULTING FROM CERTIFIED ACTS OF TERRORISM, SUCH LOSSES MAY BE PARTIALLY REIMBURSED BY THE UNITED STATES GOVERNMENT UNDER A FORMULA ESTABLISHED BY FEDERAL LAW. HOWEVER, YOUR POLICY MAY CONTAIN OTHER EXCLUSIONS WHICH MIGHT AFFECT YOUR COVERAGE, SUCH AS AN EXCLUSION FOR NUCLEAR EVENTS. UNDER THE FORMULA, THE UNITED STATES GOVERNMENT GENERALLY REIMBURSES 85% THROUGH 2015; 84% BEGINNING ON JANUARY 1, 2016; 83% BEGINNING ON JANUARY 1, 2017; 82% BEGINNING ON JANUARY 1, 2018; 81% BEGINNING ON JANUARY 1, 2019 and 80% BEGINNING ON JANUARY 1, 2020, OF COVERED TERRORISM LOSSES EXCEEDING THE STATUTORILY ESTABLISHED DEDUCTIBLE PAID BY THE INSURANCE COMPANY PROVIDING THE COVERAGE. THE PREMIUM CHARGED FOR THIS COVERAGE IS PROVIDED BELOW AND DOES NOT INCLUDE ANY CHARGES FOR THE PORTION OF LOSS THAT MAY BE COVERED BY THE FEDERAL GOVERNMENT UNDER THE ACT.

YOU SHOULD ALSO KNOW THAT THE TERRORISM RISK INSURANCE ACT, AS AMENDED, CONTAINS A $100 BILLION CAP THAT LIMITS U.S. GOVERNMENT REIMBURSEMENT AS WELL AS INSURERS' LIABILITY FOR LOSSES RESULTING FROM CERTIFIED ACTS OF TERRORISM WHEN THE AMOUNT OF SUCH LOSSES IN ANY ONE CALENDAR YEAR EXCEEDS $100 BILLION. IF THE AGGREGATE INSURED LOSSES FOR ALL INSURERS EXCEED $100 BILLION, YOUR COVERAGE MAY BE REDUCED.

*REJECTION OR SELECTION OF TERRORISM INSURANCE COVERAGE*

☐ I elect to purchase terrorism coverage for a prospective premium of $_____.

☒ I decline to purchase terrorism coverage for certified acts of terrorism. I understand that I will have no coverage for losses arising from certified acts of terrorism.

**Note:** In states where applicable, if you decline this offer, the premium for terrorism (fire only) coverage is $ please call for details .

**Important Note:** Your election or rejection shall apply to renewals unless you provide us with a signed Policyholder Disclosure form changing your election.



Bac Tran
Policyholder/Applicant's Name (Print)

WEBP915865
Policy Number

*Bac Tran*
Authorized Signature

12/19/2018 | 10:30:58 AM PST
Date

AmGUARD • NorGUARD

BOPTRIA (03-15)

# REPORTS OF CLAIMS EXPERIENCE

FROM: _____Bac Tran_____

To the best of my knowledge I have had _____0_____ claims, totaling $_____0_____ (paid reserved) within the past four (4) years.

There are _____0_____ open claims and _____0_____ claims involving an employee loosing time from work.

I will provide company loss runs through the _____ Insurance.

I understand that my policy, if accepted, is subject to possible cancellation or non-renewal if the company loss runs show a discrepancy from the information state herein.

_____*Bac Tran*_____  
Signature of the owner or officer of the insured

_____Owner_____  
Title

_____Bac Tran_____  
Print Name

DATE: 12/19/2018 | 10:30:5

# IMPERIAL INSURANCE AGENCY

22938 Lyons Avenue Santa Clarita, CA 91321
16661 Ventura Blvd. Suite 700 Encino, CA 91436
800-645-8884   661-290-2770 Fax
Info@imperialagent.com

---

### APPENDIX A – STANDARD BROKER FEE DISCLOSURE FORM

This disclosure was prepared by the California Insurance Commissioner.
Please **READ IT CAREFULLY!**

1. Do not sign any broker fee agreement unless all of its blank lines and spaces have been filled-in and you have read this entire document and agreement carefully.

2. Your insurance broker represents you, the consumer, and is entitled to charge a broker fee if he/she chooses. This fee is not set by law, and may be negotiable between you and the broker.

3. It is illegal or improper for an insurance broker to charge you a fee for placing coverage Solely with the California automobile Assigned Risk Plan or the California FAIR Plan. Fees may be charged for placement of other coverages.

4. Broker Fees are often non-refundable even if you cancel your coverage. Refer to your broker fee agreement to see if your broker fee is non-refundable. However, you may be entitled to a full refund of a broker fee if your broker acted incompetently or dishonestly. Unresolved disputes over non-refundable broker fees can be forwarded to the Department of Insurance for review.

5. You are entitled to obtain and keep a completed copy of this disclosure and any broker fee agreement you sign.

6. Your broker may receive commission from insurance company(ies) for placing your Insurance. This commission may be paid to your broker by the insurance company(ies) in addition to any broker fee you pay.

7. If you will be paying your premium in installments to a finance company, by law you must receive a copy of a premium finance disclosure and agreement. Be sure to obtain and read those documents before signing a premium finance agreement. Also, ask the broker if the insurer offers its own installment payment plan. Insurer installment plans are often cheaper than premium financing through a separate premium finance company.

8. If your broker is placing automobile coverage, your broker must provide you with a copy Of the current Department of Insurance pamphlet *Automobile Insurance*. If your broker is placing residential coverage, your broker must provide you with a copy of the current Department of Insurance pamphlet *Residential Insurance*. By signing this disclosure you acknowledge receipt of the appropriate pamphlet(s).

Client Initials:  BT

Page 1 of 3

# IMPERIAL INSURANCE AGENCY

22938 Lyons Avenue  Santa Clarita, CA 91321
16661 Ventura Blvd. Suite 700 Encino, CA 91436
800-645-8884   661-290-2770 Fax
Info@imperialagent.com

---

## APPENDIX B – STANDARD BROKER FEE DISCLOSURE FORM

1. The parties to this agreement are _____West Coast Hotel Management, LLC_____(CLIENT) and IMPERIAL INSURANCE AGENCY, California Department of Insurance license- #0B04327 (BROKER).

2. CLIENT appoints BROKER as CLIENT'S insurance broker of record.

3. This agreement shall become operative on __12/19__ (date), and shall Continue in full force until terminated by either party.

4. BROKER agrees to represent CLIENT honest and competently.

5. CLIENT agrees to pay BROKER a broker fee for BROKER'S services. The Broker fee is $__0__. The broker fee IS NOT refundable.

6. BROKER may, in the future, charge CLIENT and CLIENT agrees to pay additional fee(s).

7. Following are nature and amount of all fees known to BROKER that will be Charged by persons other than BROKER or the insurance company in connection With current placement of CLIENTS'S insurance. These fees are not retained by BROKER:

**Service:**                                                  **Amount:**

Client Initials: __BT__                                    Page 2 of 3

# IMPERIAL INSURANCE AGENCY

22938 Lyons Avenue  Santa Clarita, CA 91321
16661 Ventura Blvd. Suite 700 Encino, CA 91436
800-645-8884   661-290-2770 Fax
Info@imperialagent.com

---

## APPOINTMENT OF INSURANCE BROKER

1. BROKER will submit an application(s) for insurance coverage(s) on behalf of CLIENT to an insurance company(ies).  An insurance company may decrease or increase the quoted rate or reject the application entirely.

2. If an application is rejected or a policy cancelled, BROKER will attempt to place new coverage upon CLIENT'S written request and payment of such additional sums.

3. CLIENT authorizes BROKER to maintain premium payments in an interest bearing trust account(s) until paid to the insurance company or its agent thereof and to receive any income there from.  CLIENT further authorizes BROKER to cancel any policy if the CLIENT does not make timely payment of premium due, and/or if any portion of the total down payment remains unpaid to BROKER, including but not limited to, checks returned for insufficient funds (NSF) or for stopped payment.  Service fee is $25.00 per check for (NSF).

4. CLIENT agrees and acknowledges that final selection of coverage's, policy limits and effective dates requested are solely at the CLIENT'S discretion and volition;  BROKER does not represent him/her self as qualified to make that determination on behalf of CLIENT.

5. BROKER and CLIENT both agree to arbitrate and disputes in which the amount claimed exceeds the limit of small claims court, under the rules set up by the American Arbitration Association without right of appeal.  In any such proceeding, the prevailing party shall be determined to recover it's costs, including reasonable attorney fees.  The prevailing party shall be determined in accordance with California law.

6. CLIENT hereby makes, constitutes, and appoints BROKER, principal's true and lawful Attorney-in- fact for the CLIENT in his/her name, place, stead, and for the CLIENT's use and benefit.  CLIENT hereby grants to said Attorney-in-fact full power and authority to do and perform each and every act necessary, or convenient, in connection with signing and acknowledging any and all insurance applications, insurance finance loans, endorsement(s) to the policy, etc. including any renewal(s).

7. CLIENT authorizes BROKER to obtain any and all motor vehicle report(s) relating to CLIENT and in addition any and all individuals listed on the insurance application.

8. CLIENT and BROKER agree to the terms and conditions set forth herein and acknowledge a copy of this agreement.

CLIENT signature: _Bac Tran_____ Date _12/19/2018 | 10:30:5_

BROKER signature: _[signature]_____ Date _12/17/18_

Page 3 of 3