# DECLARATION OF BAC TRAN

I, Bac Tran, declare as follows:

1. I, Bac Tran, am an adult over the age of 18. I have personal knowledge of the facts contained herein, and if called as a witness I would and could competently testify thereto.

2. I was born in Vietnam in 1961. I moved to the United States in 1981. I do not speak fluent English.

3. I co-own both the University Square Hotel of Fresno and The Hotel Fresno along with my brother and sister. We purchased the University Square Hotel of Fresno in 2012 and The Hotel Fresno in 2016 (collectively, the "Hotels"). In December 2018, I began searching for a different insurance policy for the Hotels to suit our needs. I wanted to be insured against all standard risks, including viruses.

4. Because I was unfamiliar with the process, I engaged a broker named Anthony Okhovat to help me find the right insurance policy. He said he regularly works with Berkshire GUARD and his e-mail signature line indicated he was a lawyer. I told him I wanted an all-risk policy with standard coverage. I relied on his guidance and representations.

5. After some discussions about the dimensions and logistics of the Hotels, Mr. Okhovat sent me Berkshire GUARD's Final Proposal to sign via DocuSign. (See Exhibit 1 – 12/19/18 Email.)

6. I carefully reviewed Berkshire's Final Proposal before electronically signing it. The only explicitly excluded coverages were for bed bugs and acts of terrorism. Viruses or bacteria were not mentioned at all in the Final Proposal so I thought my Hotels would be insured against everything that was not explicitly excluded, including against viruses and bacteria, because it was an "all-risk" policy. After I purchased this policy, Berkshire did not send me the full policy containing the "Virus or Bacteria" Exclusion until April 2020.

7. In April 2019, I wanted to add The Hotel Fresno to the same insurance policy because I thought the policy only excluded bed bugs and acts of terrorism. Mr. Okhovat said he was working with Berkshire GUARD to make that happen. (See Exhibit 2 – 4/16/19 Email.)

8. Since December 2018, I have faithfully paid the premiums for this insurance policy which total approximately $100,000.00 precisely so that I would be protected in situations like the one I am facing now.

9. In 2020, to date, the Hotels have suffered significant losses totaling approximately $325,000.00 and will continue to suffer more. In 2019, the net revenues from my Hotels was approximately $712,000.00. So far this year, I have lost hundreds of thousands of dollars and will lose hundreds more.

10. Even before the closure and stay-at-home orders, my Hotels began suffering losses in early 2020. In 2019, the occupancy rate at the Hotels was always 50-60%. Starting in mid-late January 2020, the occupancy rate lowered to 5-10% because of COVID-19.

11. In late March 2020, after the government closure and stay-at-home orders forced us to shut down hotel operations, I submitted to Berkshire GUARD a claim for reimbursement for loss of Business Income due to Civil Authority and COVID-19 because I thought my Hotels were insured against viruses. Berkshire GUARD sent me a denial letter on April 1, 2020 denying my claim and citing the Virus or Bacteria exclusion. I was very surprised. This was the first time I was made aware that the Hotels' insurance policy contained a Virus or Bacteria exclusion. I immediately requested a copy of the full insurance policy. (See Exhibit 3 – 4/1/20 Email.)

12. The full policy that was sent to me on April 1, 2020 was not consistent with Berkshire GUARD's Final Proposal that I agreed to and which induced me into purchasing the insurance policy. There were many exclusions that were not

mentioned in the Final Proposal that I agreed to, including a one-sentence exclusion for viruses or bacteria. This was not what I agreed to nor intended.

13. I purchased this insurance from Berkshire GUARD precisely so that I would be insured and protected in times like these. I have faithfully paid the expensive premiums expecting coverage, and Berkshire denying coverage amounts to deceptive and bad-faith breach of contract.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 23, 2020, at Yorba Linda, California.



Bac Tran

DECLARATION OF BAC TRAN