# EXHIBIT 2

Case 2:20-cv-05663-VAP-DFM   Document 26-2   Filed 09/23/20   Page 2 of 2   Page ID #:339

**west coast orange group**  bactran92887@ya.../Inbox



**Anthony Okhovat** <anthony@imperialagent.com>  Apr 16, 2019 at 2:08 PM
To: Bac Tran <bactran92887@yahoo.com>

Dear Bac,

We are working with Guard to add your above location now!

Regards,

*A. Anthony Okhovat,* **JD**
President

# IMPERIAL
### INSURANCE AGENCY
Auto | Home | Commercial | Health | Life | Annuity
CA Lic.No.0B04327

22938 Lyons Avenue  Newhall, CA 91321
20251 Ventura Blvd #B Woodland Hills, CA 91364
800.645.8884 | 661.290.2770 fax
Anthony@Imperialagent.com
www.Imperialagent.com

Confidentiality Notice:
 This e-mail message from Imperial Insurance Agency and all attachments transmitted herewith may be privileged or confidential and protected from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying, or taking any action based on it is strictly prohibited and may have legal consequences. If you have received this email in error, please contact the sender by reply email and destroy all the original transmission and its attachments without reading them or saving them.