# EXHIBIT 3

# WEBP079586 POLICY.pdf

bactran92887@ya.../Inbox



**Anthony** <anthony@imperialagent.com>

Apr 1 at 4:59 PM

To: Bac Tran <bactran92887@yahoo.com>

Attached is a copy of your full policy

A. Anthony Okhovat, JD

IMPERIAL INSURANCE AGENCY
CA Lic.No. 0B04327
(Tel)800.645.8884  (Fax)661.290.2770
Anthony@Imperialagent.com

**1 File**   |   4MB

 WEBP079586 POLICY.pdf
4MB