Chet A. Kronenberg (State Bar No. 222335)
ckronenberg@stblaw.com
SIMPSON THACHER & BARTLETT LLP
1999 Avenue of the Stars, 29th Floor
Los Angeles, California  90067
Telephone:   (310) 407-7500
Facsimile:    (310) 407-7502

*Attorney for Defendants*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEST COAST HOTEL MANAGEMENT, LLC dba UNIVERSITY SQUARE HOTEL OF FRESNO; and WEST COAST ORANGE GROUP, LLC dba THE HOTEL FRESNO,<br><br>Plaintiffs,<br><br>v.<br><br>BERKSHIRE HATHAWAY GUARD INSURANCE COMPANIES, a Pennsylvania Company; AMGUARD INSURANCE COMPANY, a Pennsylvania Corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 2:20-cv-05663-VAP-DFM<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>(Action filed June 25, 2020) |

On October 2, 2020, in *Mark's Engine Co. No. 28 Rest., LLC v. Travelers Indem. Co. of Conn.*, No. 2:20-cv-04423-AB-SK (C.D. Cal. Oct. 2, 2020), the U.S. District Court for the Central District of California granted the insurer's motion to dismiss the claims of a restaurant seeking property insurance coverage for business income allegedly lost due to COVID-19 social distancing orders. The court held that the insured failed to allege facts plausibly supporting an inference that there was "direct physical loss of or damage to" the property. In addition, the court held that even assuming plaintiff could plausibly allege "direct physical loss of or damage to" the property, the virus exclusion precludes coverage. Because further amendment would be futile, the court dismissed the case with prejudice. A copy of the decision is attached hereto as Exhibit A.

Dated: October 5, 2020

Respectfully Submitted,

SIMPSON THACHER & BARTLETT LLP

By */s/ Chet A. Kronenberg*
CHET A. KRONENBERG

1999 Avenue of the Stars, 29th Floor
Los Angeles, CA  90067
Telephone:  (310) 407-7500
Facsimile:   (310) 407-7502
Email: ckronenberg@stblaw.com

*Attorney for Defendants*