Chet A. Kronenberg (State Bar No. 222335)
ckronenberg@stblaw.com
SIMPSON THACHER & BARTLETT LLP
1999 Avenue of the Stars, 29th Floor
Los Angeles, California  90067
Telephone:   (310) 407-7500
Facsimile:    (310) 407-7502

*Attorney for Defendants*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEST COAST HOTEL MANAGEMENT, LLC dba UNIVERSITY SQUARE HOTEL OF FRESNO; and WEST COAST ORANGE GROUP, LLC dba THE HOTEL FRESNO,<br><br>Plaintiffs,<br><br>v.<br><br>BERKSHIRE HATHAWAY GUARD INSURANCE COMPANIES, a Pennsylvania Company; AMGUARD INSURANCE COMPANY, a Pennsylvania Corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 2:20-cv-05663-VAP-DFM<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br> (Action filed June 25, 2020) |

On October 19, 2020, in *Travelers Indem. Ins. Co. of Am. v. Geragos and Geragos*, No. 2:20-cv-03619-PSG-E (C.D. Cal. Oct. 19, 2020) (Gutierrez, J.), the U.S. District Court for the Central District of California granted the insurer's motion to dismiss the counterclaim of a law firm seeking property insurance coverage for business income allegedly lost due to COVID-19 social distancing orders. The court held that the insured was not entitled to civil authority coverage because "the Virus Exclusion Provision explicitly excludes civil authority coverage." Slip Op. at 6. The court further held that the business income and extra expense coverage does not apply because the insured failed to allege "physical loss of or damage to property." *Id.* at 7-8. Finally, the court did not grant leave to amend, holding that "amendment would be futile." *Id.* at 8. A copy of the decision is attached hereto as Exhibit A.

Dated: October 20, 2020

Respectfully Submitted,

SIMPSON THACHER & BARTLETT LLP

By */s/ Chet A. Kronenberg*
CHET A. KRONENBERG

1999 Avenue of the Stars, 29th Floor
Los Angeles, CA 90067
Telephone: (310) 407-7500
Facsimile: (310) 407-7502
Email: ckronenberg@stblaw.com

***Attorney for Defendants***