JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| West Coast Hotel Management, LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Berkshire Hathaway Guard Insurance Companies, et al., <br><br> Defendants | 2:20-cv-05663-VAP-DFMx <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order Granting Defendants' Motion to Dismiss, IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated:    10/27/20

Virginia A. Phillips
United States District Judge

1